*THE WALLIN LAW FIRM, PLLC*
D. Stephen Wallin, Attorney at Law
1951 W. Camelback Rd., Suite 210
Phoenix, AZ  85015
Phone:  602-254-2300
Fax:  602-254-2515
steve@stevewallin.com
State Bar No. 014289
Attorney for Defendant RAFIQ A. BROOKS

# THE UNITED STATES COURT OF APPEALS

# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10146 |
| Plaintiff, | D.C. No. 2:11-CR-02265-PHX-JAT-003 |
| vs. | |
| RAFIQ A. BROOKS, *et al.* | **DEFENDANT'S SECOND MOTION FOR EXTENSION OF TIME  TO FILE OPENING BRIEF** |
| Defendant. | |

COMES NOW the Defendant, by and through counsel undersigned, and requests a second extension of time to file his opening brief on appeal.  Thirty days is requested.

Additional time is needed because undersigned counsel had an out of state trial which lasted more than twice as long as anticipated.  In addition, Counsel was out of the area on previously planned vacation for the last half of the month of June and first week of July.

Undersigned Counsel has conferred with the assigned Assistant United States Attorney, who advises that there is no opposition to this Motion.

RESPECTFULLY SUBMITTED July 10, 2013.

s/ D. Stephen Wallin
*THE WALLIN LAW FIRM, PLLC*
D. Stephen Wallin, Attorney at Law
Attorney for Defendant RAFIQ A. BROOKS

E-filed on July 10, 2013
by: D. Stephen Wallin

*THE WALLIN LAW FIRM, PLLC*
1951 W. Camelback Rd., Suite 210
Phoenix, AZ  85015
Phone:  602-254-2300; Fax:  602-254-2515
steve@stevewallin.com
www.thewallinlawfirm.com